UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 25-8466-AH(RAOx) | Date | January 12, 2026 |
|---|---|---|---|
| Title | Donna Richard v. Princess Cruise Lines, LTD. et al | | JS-6 |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:        **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Joint STIPULATION to Dismiss Case [40], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties